UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID TARVER,

                Petitioner,

   v.

MAGGIE MILLER-STOUT,

                Respondent.

Case No.  C06-5577 RJB/KLS

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 3) is **GRANTED**.  Petitioner does not appear to have funds available to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to Petitioner.

    DATED this 20th day of November, 2006.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1